**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number  2025-CA-0132

Wilmington Savings Fund Society, FSB, d/b/a Christiana
Trust, not individually but as trustee for Pretium Mortgage
Acquisition Trust

- - Versus - -

Carlus Buckles and Rita Sanford a/k/a Rita S. Sanford
Buckles

19th Judicial District Court
Case #: 731000
East Baton Rouge Parish

On Application for Rehearing filed on  11/04/2025 by Carlus Buckles

Rehearing _____denied_____

_____
Steven M. Miller

_____
Blair D. Edwards

_____
Wilson E. Fields

Date 11/18/25

_____
Rodd Naquin, Clerk